1 | John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA 95358-0002
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiff
ZELDA BROWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ZELDA BROWN, an individual, | Case No.: C09-05049 |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING, QUALITY LOAN SERVICE CORPORATION, a California Corporation; WELLS FARGO BANK, N.A., as Trustee; and DOES 1 through 100, inclusive | [Fed. R. Civ. Proc. 41(a)] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ZELDA BROWN has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

/ / /

IT IS ORDERED that the above-captioned action, *Zelda Brown v. Barclays Capital Real Estate INC, dba HomEQ Servicing; Quality Loan Service Corporation; & Wells Fargo Bank, N.A., as Trustee,* Case Number C09-05049, be, and hereby is, dismissed without prejudice.

Dated: January 5, 2010, ~~2009~~

_____
United States District Judge
Judge Marilyn H. Patel

IT IS SO ORDERED