John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
ZELDA BROWN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| ZELDA BROWN, an individual, | Case No.:  C09-05049 |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING, QUALITY LOAN SERVICE CORPORATION, a California Corporation; WELLS FARGO BANK, N.A., as Trustee; and DOES 1 through 100, inclusive | [Fed. R. Civ. Proc. 41(a)] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ZELDA BROWN has filed and served on all parties a Notice of Voluntarily Dismissal Without Prejudice.

/ / /

/ / /

-1-

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

1   IT IS ORDERED that the above-captioned action, *Zelda Brown v. Barclays Capital Real Estate INC, dba HomEQ Servicing; Quality Loan Service Corporation; & Wells Fargo Bank, N.A., as Trustee,* Case Number C09-05049, be, and hereby is, dismissed without prejudice.

Dated: January 5, 2010 ~~, 2009~~

IT IS SO ORDERED

*[Signature]*
Judge Marilyn H. Patel
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**